Vacate and Remanded and
Memorandum Opinion filed November 19, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00734-CV

____________

 

ALAMO ENVIRONMENTAL, INC., Appellant

 

V.

 

JCR TRUCKING SERVICES, L.L.C., Appellee

 

 



On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 2007-29479

 

 



M E M O R
A N D U M   O P I N I O N

            This
is an appeal from a judgment signed May 28, 2009.  On November 2, 2009, the
parties filed a joint motion to reverse the judgment and remand the cause to
the trial court.  See Tex.
R. App. P. 42.1.  The motion is granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court.

                                                                                    PER
CURIAM

 

Panel consists of Justices
Yates, Frost, and Brown.